UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Edward HUNTER,
Defendant–Appellant.

No. 00–30038.
D.C. No. CR 95–5076–RJB.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.[1]

Decided May 31, 2001.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM [2]

Michael Howard Hunter appeals from the district court's the denial of his motion for discharge from supervised release. His underlying conviction by guilty plea is for bank robbery, in violation of 18 U.S.C. § 2113(a). Hunter's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and has moved to withdraw on the ground that the appeal does not have merit. Hunter has not filed a pro se supplemental brief. Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues.

Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

